# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| COREY MAURICE SCOTT, ) <br> # 209 997 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICER MOORE and ) <br> JEFFERSON S. DUNN, ) <br> ) <br> Defendants. ) | CASE NO. 2:17-CV-47-WKW <br> [WO] |

## ORDER

On March 16, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 6) is ADOPTED. Accordingly, it is ORDERED that Plaintiff Corey Maurice Scott's claims against Defendant Jefferson S. Dunn are DISMISSED without prejudice and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 3rd day of May, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE